IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES LADNER, #14639-028 | § | |
| VS. | § | CIVIL ACTION NO. 4:11cv505<br>CRIMINAL ACTION NO. 4:07cr189(7) |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge Amos L. Mazzant. The Report and Recommendation of the Magistrate Judge,

which contains proposed findings of fact and recommendations for the disposition of such action,

has been presented for consideration, and no objections thereto having been timely filed, the

court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and

adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the motion to vacate, set aside or correct sentence is **DENIED** and the

case **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**So ordered and signed on**

**Aug 28, 2014**

_____
Ron Clark, United States District Judge